United States District Court
Southern District of Texas
**ENTERED**
November 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ALVARO VILLANUEVA** *et al* | § |
| | § |
|     Plaintiffs | § |
| VS. | §    CIVIL ACTION NO. 5:19-CV-104 |
| | § |
| **UNITED STATES OF AMERICA** | § |

## ORDER

Now pending before the Court is Plaintiffs' "Motion to Dismiss Without Prejudice" (Dkt. 7). Because Plaintiffs filed their motion before Defendant served an answer or other responsive pleading, the Court construes Plaintiffs' motion as a valid notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the case is hereby DISMISSED without prejudice. The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 1st day of November, 2019.

_____
Diana Saldaña
United States District Judge